| | |
|---|---|
| 1 | Todd R. Wulffson, State Bar No. 150377 |
| | twulffson@cdflaborlaw.com |
| 2 | Nancy N. Lubrano, State Bar No. 263037 |
| | nlubrano@cdflaborlaw.com |
| 3 | CAROTHERS DISANTE & FREUDENBERGER LLP |
| | 2600 Michelson Drive |
| 4 | Suite 800 |
| | Irvine, California  92612 |
| 5 | Telephone:  (949) 622-1661 |
| | Facsimile:  (949) 622-1669 |
| 6 | |
| | Attorneys for Plaintiff |
| 7 | Roger Kalaouz and Roger Kalaouz and Associates |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ROGER KALAOUZ, an individual; and ROGER KALAOUZ AND ASSOCIATES s.a.r.l., a business entity formed under the laws of Beirut, Lebanon, | ) ) ) ) ) | Case No. CV12-3632-DMG(CWx) **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** **[38]** |
| Plaintiff, | ) | |
| v. | ) ) | |
| CALVIN BROADUS a.k.a. SNOOP DOGG, an individual; TED CHUNG, an individual; DOGGY STYLE MUSIC, INC., a California Corporation, and DOES 1 through 25, inclusive, | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

1  IT IS HEREBY ORDERED that pursuant to the Stipulation between the
2 parties and Federal Rules of Civil Procedure Rule 41(a)(1)(ii) the above-captioned
3 action is dismissed in its entirety without prejudice. Each party shall bear his/its own
4 costs and attorneys' fees.

5

6  IT IS SO ORDERED.

7

8 DATED: October 3, 2013         _____
9                                 DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE

739666.1